UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA,
_____X

In re:
  ANN C SLINEY

In Proceedings for a Repayment Plan Under Chapter 7

BOX 8683
KODIAK, AK 99615
  Debtor(s)

Case No : 00-00370-DM
Tee Clm No: Crt Clm No:28
Amount : $ 2078.61

## JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

MBNA America Bank, N.A. (the "Seller/Transferor/Assignor") and eCAST Settlement Corporation (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated December 23, 2003 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

The original Proof of Claim may have been filed under the following name(s):
MBNA AMERICA C/O BECKET & LEE, LLP

Dated: 07/09/2004

SELLER/ASSIGNOR/TRANSFEROR:
MBNA America Bank, N.A.
655 Peppermill Road
Newark, DE 19711

Telephone: 800-441-7048

By: (See Attached Waiver)

PURCHASER/ASSIGNEE/TRANSFEREE:
eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

Telephone: 610-644-7800 (Servicer)
Telecopy: 610-993-8493 (Servicer)

By: /s/Alane A. Becket
    Becket & Lee LLP,
    Attorney/Agent for Creditor

() ************6321 MBN30125
    **********6361



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9020

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

MBNA America Bank, National Association ("Transferor") is a nationally chartered bank, maintaining a place of business at 400 Christiana Road Newark, Delaware 19713. Transferor has sold and assigned certain claims to eCast Settlement Corporation, ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 383 Madison Avenue, New York, New York. Said claims arise from consumer credit card and line of credit accounts issued to individuals who have filed petitions commencing cases under Chapter 7, or under Chapter 13 which cases have been converted by court order to Chapter 7, of the Bankruptcy Code and which have been discharged or are being administered by the Trustees appointed by the U.S. Bankruptcy Court.

Any proofs of claim with respect to any of the Accounts, if filed, have been filed under the name of MBNA America Bank, National Association.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 23rd day of December, 2003.

                                              MBNA AMERICA BANK, NATIONAL ASSOCIATION,
                                              Transferor

                                              By: _____
                                                  Michael H. Copley
                                            Title: Senior Executive Vice President