

United States Bankruptcy Court
District of Alaska

United States Bankruptcy Court
for the District of Alaska
605 W. 4th Avenue, Suite 138
Anchorage, Alaska 99501, (907) 271-2655

**Filed On 7/14/04**

In re:

**William C. Sliney, and Ann Sliney**

Case Number: 00-00370-DMD

- debtor(s)

## ORDER OF TRANSFER OF CLAIM WITH WAIVER

A Joint Notice of Transfer of Claim Pursuant to **FRBP 3001 (e)(2)** having been filed on _7/9/04_, at _DE # 161_, by _eCAST Settlement Corporation_; and _MBNA America Bank, N.A._ having specifically waived notice and right to objection as set forth in **Bankruptcy Rule 3001(e)(2)**;

IT IS HEREBY ORDERED that transfer between _eCAST Settlemtn Corporation_, assignee for _MBNA America Bank_, on _POC # 28_ is approved. The matrix shall be amended accordingly to reflect the assignment of this claim.

DATED: _7/14/04_

U S. Bankruptcy Court
Wayne W. Wolfe, Clerk of Court

By: _/s/ D. Williams_
Deputy Clerk

Serv: Wm Barstow, trustee
eCast Settlement Corporation, PO Box 35480, Newark, NJ 07193-5480
MBNA America Bank, 655 Peppermill Road, Newark, DE 19711
update claims register, POC #28
7/14/04