UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**

DEC 07 2010

CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: _William Slimey_

CASE NUMBER: _00 370 DMD_

PLEASE CHECK ONE:

__✓__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Albany Insurance<br>2001 6th Ave # 2101<br>Seattle WA 98121 | 12 | 900.71 |

21459
900.71

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 900.71

DATE: 12/5/10

TRUSTEE

